UNITED STATES of America,
Plaintiff–Appellee,

v.

Stacy Payne WATKINS, also known as Stacy Bernard, also known as Stacy Payne, Defendant–Appellant.

No. 05–10172.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

Tanya K. Pierce, Assistant U.S. Attorney, for Plaintiff–Appellee.

---

**430**

John Robert Saringer, Wagstaff, Alvis, Stubbeman, Seamster & Longacre, Abilene, TX, for Defendant–Appellant.

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Stacy Payne Watkins raises arguments that are foreclosed by *United States v. Mares*, 402 F.3d 511, 520 (5th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 43, —— L.Ed.2d —— (2005), and its progeny, which held that unpreserved claims based on *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), are reviewed for plain error. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.